1
2
3
4
5
6

FILED
CLERK, U.S. DISTRICT COURT

AUG 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

7          UNITED STATES DISTRICT COURT
8           CENTRAL DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,           ) Case No.: CR05-235-R
11 |                  Plaintiff,         )
12 |         v.                          ) ORDER OF DETENTION
                                         ) (FED. R. CRIM. P. 32.1(a)(6); 18
13 | JAIME JONATHAN MINCHACA             ) U.S.C. § 3143(a))
                                         )
14 |                  Defendant.         )

15

16   The defendant having been arrested in this District pursuant to a warrant
17 issued by the United States District Court for the __Central__
18 District of __California__ for alleged violation(s) of the terms and
19 conditions of probation or supervised release; and
20   Having conducted a detention hearing pursuant to Federal Rule of Criminal
21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:
22 A.   (✓)  The defendant has not met his/~~her~~ burden of establishing by clear and
23        convincing evidence that he/~~she~~ is not likely to flee if released under
24        18 U.S.C. § 3142(b) or (c). This finding is based on the following:
25   • Violation of Supervised Release Terms
26   • Failure to Contact Probation / Court
27   • Continued Substance Abuse
28

1

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18
5         U.S.C. § 3142(b) or (c).  This finding is based on the following:

6   _____
7   _____
8   _____
9   _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 8/23/11

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2