FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2024

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2:05-CR-00235-JFW-9

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAIME J. MINCHACA <br><br> Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- UNDERLYING ALLEGATION OF ABSCONDING
- UNDERLYING ALLEGATION OF OFFENSES ON SUPERVISION (CARJACKING, AMMUNITION)
- HISTORY OF NON-COMPLIANCE

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- ALLEGATION OF ABSCONDING
- HISTORY OF NON-COMPLIANCE W/ SUPERVISION

IT IS ORDERED that defendant be detained.

DATED: 1/17/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2